```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40253
    ANTON M NIEBERLE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5539


-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 10/29/2004 and was confirmed 01/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.71% from remaining funds.

     The case was paid in full 11/07/2007.
-------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------
 AMERICAN EXPRESS TRAVEL   UNSECURED OTH   13913.29           .00         2881.71
 AMERICAN EXPRESS          NOTICE ONLY     NOT FILED          .00             .00
 AMERICAN EXPRESS          NOTICE ONLY     NOT FILED          .00             .00
 ASPIRE                    UNSECURED        5029.14           .00         1041.66
 ASPIRE VISA               NOTICE ONLY     NOT FILED          .00             .00
 ASPIRE VISA               NOTICE ONLY     NOT FILED          .00             .00
 NCM TRUST                 UNSECURED        8828.14           .00         1828.52
 BANK OF AMERICA           NOTICE ONLY     NOT FILED          .00             .00
 BANK OF AMERICA           NOTICE ONLY     NOT FILED          .00             .00
 BANK OF AMERICA           NOTICE ONLY     NOT FILED          .00             .00
 BANK ONE                  UNSECURED       NOT FILED          .00             .00
 BANK ONE                  NOTICE ONLY     NOT FILED          .00             .00
 BANK ONE                  NOTICE ONLY     NOT FILED          .00             .00
 BANK ONE                  UNSECURED       NOT FILED          .00             .00
 BANK ONE                  NOTICE ONLY     NOT FILED          .00             .00
 BANK ONE                  NOTICE ONLY     NOT FILED          .00             .00
 CAPITAL ONE BANK          UNSECURED       NOT FILED          .00             .00
 CAPITAL ONE               NOTICE ONLY     NOT FILED          .00             .00
 COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00             .00
 COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED          .00             .00
 COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED          .00             .00
 ROUNDUP FUNDING LLC       UNSECURED        5932.98           .00         1228.87
 CROSS COUNTRY BANK        NOTICE ONLY     NOT FILED          .00             .00
 CROSS COUNTRY BANK        NOTICE ONLY     NOT FILED          .00             .00
 ROUNDUP FUNDING LLC       UNSECURED        9993.53           .00         2069.92
 DIRECT MERCHANTS CREDIT   UNSECURED       NOT FILED          .00             .00
 DIRECT MERCHANTS          NOTICE ONLY     NOT FILED          .00             .00
 DIRECT MERCHANTS CREDIT   UNSECURED       NOT FILED          .00             .00
 DIRECT MERCHANT BANK      NOTICE ONLY     NOT FILED          .00             .00
 DISCOVER FINANCIAL SERVI  UNSECURED       13541.59           .00         2804.80
 DISCOVER CARD             NOTICE ONLY     NOT FILED          .00             .00
 ECAST SETTLEMENT CORP     UNSECURED       12532.59           .00         2595.82

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40253 ANTON M NIEBERLE
```

```
FLEET CREDIT CARD SERVIC  NOTICE ONLY    NOT FILED             .00              .00
FLEET                     NOTICE ONLY    NOT FILED             .00              .00
NCM TRUST                 UNSECURED       14716.39             .00          3048.15
JUNIPER BANK              NOTICE ONLY    NOT FILED             .00              .00
JUNIPER BANK              NOTICE ONLY    NOT FILED             .00              .00
JUNIPER BANK              NOTICE ONLY    NOT FILED             .00              .00
JUNIPER BANK              NOTICE ONLY    NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED OTH    929.13              .00           192.59
MBNA                      NOTICE ONLY    NOT FILED             .00              .00
MBNA                      NOTICE ONLY    NOT FILED             .00              .00
MBNA AMERICA              NOTICE ONLY    NOT FILED             .00              .00
MBNA AMERICA              NOTICE ONLY    NOT FILED             .00              .00
MBNA                      NOTICE ONLY    NOT FILED             .00              .00
MBNA AMERICA              NOTICE ONLY    NOT FILED             .00              .00
NEXT CARD                 UNSECURED      NOT FILED             .00              .00
NEXT CARD                 NOTICE ONLY    NOT FILED             .00              .00
NEXT CARD                 NOTICE ONLY    NOT FILED             .00              .00
PROVIDIAN NATIONAL BANK   UNSECURED       26084.73             .00          5402.78
PROVIDIAN                 NOTICE ONLY    NOT FILED             .00              .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY    NOT FILED             .00              .00
RCN                       UNSECURED      NOT FILED             .00              .00
RCN COMMUNICATIONS        NOTICE ONLY    NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED       19600.09             .00          4059.66
AMERICAN EXPRESS TRAVEL   UNSECURED          17.31             .00             3.59
STUART B HANDELMAN        DEBTOR ATTY     1,100.00                         1,100.00
TOM VAUGHN                TRUSTEE                                          1,621.93
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               29,880.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       27,158.07
ADMINISTRATIVE                                   1,100.00
TRUSTEE COMPENSATION                             1,621.93
DEBTOR REFUND                                         .00
                      ---------------         ---------------
TOTALS                29,880.00                 29,880.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE